NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MADISON SERVICES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5005

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-675, Judge Lawrence J. Block.

---

**ON MOTION**

---

**ORDER**

Madison Services, Inc. moves for a 60-day extension of time, until April 12, 2011, to file its brief or in the alternative, requests that further action in this appeal be stayed pending the issuance by the Federal Emergency Management Agency of a Request for proposals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. Madison Services' brief is due no later than April 12, 2011. No further extensions should be anticipated.

FOR THE COURT

**FEB 1 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wayne A. Keup, Esq.
     Devin A. Wolak, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2011

JAN HORBALY
CLERK